UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN UNDERWRITERS AT
LLOYDS *as subrogor of* LAMEX
AGRIGOODS, INC.,

                Plaintiff,

– *against* –

HAPAG-LLOYD
AKTIENGESELLSCHAFT *doing
business as* HAPAG-LLOYD,

                Defendant.

**ORDER**

20 Civ. 4724 (ER)

RAMOS, D.J.:

    The plaintiff filed its complaint in this case on June 19, 2020. Doc. 1. More than 90 days later, it has yet to file proof of service with the Court. Accordingly, the plaintiff is ordered to serve Hapag-Lloyd by October 30, 2020. If it does not, this case will be dismissed without prejudice. Fed. R. Civ. P. 4(m).

It is SO ORDERED.

Dated:   September 29, 2020
           New York, New York

                                      EDGARDO RAMOS, U.S.D.J.